IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH GALLANT, TINA HASENOUR and SUSAN BLANKENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARROW CONSULTATION SERVICES, INC.,<br><br>Defendant. | Case No. 19 Civ. 925-SEB-MPB |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE PAYMENTS, AND ATTORNEYS' FEES AND COSTS**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Settlement, Service Payments, and Attorneys' Fees and Costs, and the Declaration of Molly Brooks and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     approving the $750,000.00 settlement set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement") attached as Exhibit 1 to the Declaration of Molly Brooks in Support of Approval Motion ("Brooks Decl.");

(2)     approving the proposed Notices of Settlement ("Settlement Notices") and directing their distribution;

(3)     approving service payments to Plaintiffs;

(4)     approving Plaintiffs' Counsel's request for one-third of the settlement for attorneys' fees plus reimbursement of costs and expenses;

(5)     appointing Analytics LLC as the Settlement Administrator;

1

(6) incorporating the terms of the Settlement Agreement; and

(7) dismissing this action without prejudice, with leave to reinstate on or before 180 days after the first Settlement Notices are sent pursuant to the terms of the Settlement and, in the event a motion to reinstate is not filed on or before 180 days after the first Settlement Notices are sent, and without further order of the Court, dismissing this action with prejudice.

Dated: February 21, 2020    Respectfully submitted,

**OUTTEN & GOLDEN, LLP**

By:  */s/ Molly Brooks*
Molly Brooks (admitted *pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mb@outtengolden.com

Rachel Williams Dempsey (admitted *pro hac vice*)
One California Street, 12th Floor
San Francisco, California, 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
rdempsey@outtengolden.com

Richard E. Shevitz (#12007-49)
Scott D. Gilchrist (#16720-53)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com

*Attorneys for Plaintiffs, the Collective and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

        /s/ Molly Brooks_____
        Molly Brooks (admitted *pro hac vice*)
        685 Third Avenue, 25th Floor
        New York, NY 10017
        Telephone: (212) 245-1000
        Facsimile: (646) 509-2060
        mb@outtengolden.com