IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH GALLANT, TINA HASENOUR and SUSAN BLANKENBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARROW CONSULTATION SERVICES, INC.,<br><br>Defendant. | Case No. 19 Civ. 925-SEB-MPB |

## ORDER OF FINAL JUDGMENT

WHEREAS, on May 4, 2020, after having approved the parties' Joint Stipulation of Settlement and Release, the Court dismissed this action without prejudice, requiring that the parties notify the Court when all steps necessary to effectuate the settlement were completed, so that the Court could enter an Order of Final Judgment dismissing the matter in its entirety with prejudice (ECF No. 62); and

WHEREAS, the Court issued a reminder notice on February 11, 2021, and requested a response within 14 days (ECF No. 63); and

WHEREAS, the parties state that all steps necessary to effectuate the settlement have been completed,

NOW, THEREFORE, the Court enters this Order of Final Judgment dismissing this matter in its entirety with prejudice.

IT IS SO ORDERED

DATED: 2/19/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF